# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                               NO. 4:18-cr-00324-JM-05

MOSES SORIA                                                           DEFENDANT

## ORDER

The government has filed a motion to dismiss Superseding Indictment in this matter without prejudice. The motion is GRANTED. Doc. No. 137. The Superseding Indictment is hereby dismissed without prejudice as to Defendant Moses Soria.

IT IS SO ORDERED this 8th day of October, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE